Emil D. ANGHEL, Plaintiff–Appellant,

v.

SAINT FRANCIS HOSPITAL & MEDICAL CENTER, Defendant–Appellee.

No. 07–5308–cv.

United States Court of Appeals, Second Circuit.

Oct. 6, 2009.

Emil D. Anghel, Hartford, CT, pro se.

Louis B. Blumenfeld, Cooney, Scully and Dowling, Hartford, CT, for Appellee.

PRESENT: CHESTER J. STRAUB, B.D. PARKER and DEBRA ANN LIVINGSTON, Circuit Judges.

## SUMMARY ORDER

Appellant Emil D. Anghel, *pro se,* appeals the district court's dismissal of his complaint for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(h)(3), and moves to reject the Defendant–Appellee's brief as improperly filed. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* the district court's dismissal of a complaint for lack of subject matter jurisdiction. *See Scherer v. Equitable Life Assurance Soc'y,* 347 F.3d 394, 397 (2d Cir.2003). However, because Anghel does not challenge the district court's dismissal of his case for lack of jurisdiction, he has abandoned the only justiciable issue now before us, warranting the dismissal of his appeal. *See LoSacco v. City of Middletown,* 71 F.3d 88, 92–93 (2d Cir. 1995) (holding that when a litigant, even if proceeding *pro se,* raises an issue before the district court but does not raise it on appeal, it is abandoned).[1]

For the foregoing reasons, the appeal is hereby **DISMISSED,** and Anghel's motion

1. We note that the district court's dismissal of Anghel's claims for lack of subject matter jurisdiction in no way precludes him from pursuing his claims in state court. This fact

to reject the Defendant–Appellee's brief is **DENIED** as moot.

should not be construed, however, as any comment by us as to the merits of Anghel's claims.